**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivis Johan Lanza David,<br>Petitioner,<br>v.<br>Luis Rosa, Jr., et al.,<br>Respondents. | No. CV-26-05144-PHX-DWL<br><br>**ORDER** |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 3.) On August 10, 2026, Respondents filed a Status Update indicating Petitioner was removed from the United States on August 9, 2026. (Doc. 9.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed as moot**. All pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 17th day of August, 2026.

Dominic W. Lanza
United States District Judge